UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

CONNIE OVERSTREET,

    Plaintiff,

v.

ONTONAGAN, COUNTY OF, et al.,

    Defendant.
_____/

Case No. 2:23-cv-98

Hon. Maarten Vermaat
U.S. Magistrate Judge

## JUDGMENT

In accordance with the Opinion issued on this date, **IT IS ORDERED** that judgment be granted for the Defendants and against the Plaintiff. The Court shall dismiss the case.

Dated:  August 29, 2025

/s/ *Maarten Vermaat*
MAARTEN VERMAAT
U. S. MAGISTRATE JUDGE